**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6621**

———————

DAN OLIVER,

Plaintiff - Appellant,

versus

K. OSBORNE,

Defendant - Appellee.

———————

**No. 03-6622**

———————

DAN OLIVER,

Plaintiff - Appellant,

versus

K. OSBORNE; DOCTOR RAYNARD; DOCTOR CARBONE;
WYATT, Correctional Officer; SMITH,
Correctional Officer; FIREBAUGH, Correctional
Officer; VANHAY, Correctional Officer;
HUFFMAN, Regional Director, Marion
Correctional Treatment Center; P. TRUE,
Warden; PIXLEY, Assistant Warden; KEELING,
Assistant Warden; CLARKE, Operational Officer;
MOREHEAD, Correctional Officer; SUSSEX I STATE
PRISON; FLEMING, Regional Director; DOCTOR
LOVE; RONALD ANGELONE, former Director,
Virginia Department of Corrections; BARBARA
MASON,

Defendants - Appellees.

---

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-03-43, CA-03-9)

---

Submitted: August 22, 2003          Decided: September 25, 2003

---

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dan Oliver, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dan Oliver appeals the district court's orders denying relief without prejudice on his 42 U.S.C. § 1983 (2000) complaints pursuant to 28 U.S.C. § 1915(g) (2000), and denying his motions to amend and for reconsideration. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Oliver v. Osborne</u>, Nos. CA-03-43; CA-03-9 (W.D. Va. Feb. 24, 2003; Feb. 26, 2003; Mar. 27, 2003). Oliver's motions for general relief, for emergency relief, and for appointment of counsel, as supplemented, are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>